

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      In re Elizabeth Thomas, James Allen, Roberto Perez, and Maria De
                          Jesus Perez

Appellate case number:    01-18-00580-CV

Trial court case number:  2017-76078

Trial court:              127th District Court of Harris County

   Relators' motion for an emergency stay of trial court proceedings pending determination of their mandamus petition is DENIED.


Judge's signature: /s/ Jane Bland
       Acting individually


Date: July 6, 2018